**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| USA,<br><br>             **Plaintiff(s),**<br><br>vs.<br><br>Braden John Karony,<br><br>             **Defendant(s).** | **Case No. 2:23-mj-1008** |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:   Drew Rolle

☐  Party:      Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 11/9/23 | Detention Hearing |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:      November 9, 2023            Michelle Mallonee

                                       Court Reporter